UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Alexis Boyd

DOCKET NO:  2:19-cr-175-NT

PROCEEDING TYPE: Suppression Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | USB Video of Traffic Stop on 6/26/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 2 | | | MSP Summary of Interview Report 6/27/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 3 | | | MSP Summary of Interview Report 6/27/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 4 | | | MSP Continuation Report 6/26/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 5 | | | MSP Continuation Report 6/26/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 6 | | | MSP Continuation Report 6/26/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 7 | | | Printout of BMV Query 6/26/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| 8 | | | ME Turnpike Authority Report 6/26/19 | 10/27/21 | 10/27/21 | | 10/27/21 |
| | 1 | | Redacted Transcript Internal Investigation Report 4/13/21 | 10/27/21 | 10/2721 | | 10/27/21 |