# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name:  USA v. Alexis Boyd<br>Case No.:  2:19-cr-175-NT | | Proceeding Type:<br><br>Suppression Hearing |
| --- | --- | --- |
| Presiding Judge:  Judge Torresen | Government's Attorney:<br><br>Michael Conley, AUSA<br>Meghan Connelly, AUSA | Defendant's Attorney:<br><br>Daphne Hallett Donahue, Esq.<br>Grainne Dunne, Esq. |
| Courtroom Deputy:  Stacey Graf | | |
| Court Reporter:  Lori Dunbar | | |

| Gvt | Dft | Date | WITNESS |
| --- | --- | --- | --- |
| X | | | MSP Trooper/Corporal John Darcy |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |